IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

STEPHANIE OCHOA, ERNESTINA
SANDOVAL, YADIRA RODRIGUEZ, and
JASMINE HEDGEPETH, on behalf of themselves
and others similarly situated,

            Plaintiffs,

vs.

MCDONALD'S CORP., a corporation,
MCDONALD'S U.S.A., LLC, a limited liability
company, MCDONALD'S RESTAURANTS OF
CALIFORNIA, INC., a corporation, THE
EDWARD J. SMITH AND VALERIE S. SMITH
FAMILY LTD. PARTNERSHIP d/b/a
MCDONALD'S, a limited partnership, and DOES
1 through 100, inclusive,

            Defendants.

CASE NO. 3:14-cv-02098-JD

**DECLARATION OF RICHARD DROGIN**

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

**DECLARATION OF RICHARD DROGIN**

I, RICHARD DROGIN, hereby declare:

      The facts set forth herein are personally known to me, and I have firsthand knowledge of same. If called as a witness, I could and would competently testify thereto.

      1. I hold a Ph.D. in statistics from the University of California at Berkeley, earned in 1970. I am currently an Emeritus Professor in the Department of Statistics at California State University, Hayward, where I have taught graduate and undergraduate courses in data analysis, non-parametric methods, regression analysis, sample surveys, probability theory, queuing theory, simulation methods and design of statistical software. I have been employed at California State University, Hayward, since 1973, and became an Emeritus Professor in 1996.

      2. I am a partner in the statistical consulting firm of Drogin, Kakigi & Associates. This firm provides consulting services and computerized database management. We have experience in designing and analyzing random sampling plans, organizing and managing large database systems,

stochastic modeling, and performing advanced statistical analysis.  Our firm has served as statistical consultants to both governmental agencies and the private sector for over thirty years.  I have been retained as a statistical consultant in over 250 class action cases, primarily cases involving employment discrimination and wage and hour claims, and I have testified over 25 times as an expert witness (statistical analysis, computer processing) in numerous state and federal courts.  I have never failed to qualify as an expert in statistics in any litigation.  A copy of my current resume is attached hereto as Appendix 1.

3. My firm has been retained by Cohen Milstein in the *Ochoa v. McDonald's* case pending in the United States District Court, for the Northern Distict of California, to assist on sampling issues.  In particular, I am working in conjunction with forensic accountant, David Breshears of Heming Morse, to provide advice on sample size, and the calculation of estimates and confidence intervals.

4. Materials provided to me by Plaintiff's counsel include the First Ammended Complaint, and a spreadsheet compiled from a random sample of time punch reports and payroll data.

**Random Sampling and Projecting to Population**

5. Random sampling is a statistical technique used to make inferences about an entire population, based on information gathered from a subset of the population.  Sampling is used in all areas of research when it is impossible or cumbersome to obtain information about each member of a population.[1]  The benefit of random sampling methods results from the fact that the information obtained from the random sample is likely to be representative of the population from which it was drawn.

6. A basic principle in statistics is that when a random sample is drawn from a population, then there is a measurable degree of reliability in making predictions from that sample to the population as a whole.  The formulas for computing reliability and margin of error depend on the details of the how the random sample was drawn.  Employing a random mechanism in selection of

---

[1] An excellent discussion of random sampling and surveys is presented in *Reference Manual on Scientific Evidence,* Third Edition, published by the Federal Judicial Center, in the chapter on *"Reference Guide on Statistics",* particularly pages 211-249.

the sample insures that the mathematical laws of probability will apply in reaching conclusions about the population, based on the sample results. If the sample is not drawn according to some specifiable random mechanism, then there is no mathematics to justify projecting the results of the sample to the population. "In short, a good survey defines an appropriate population, uses a probability method for selecting the sample, has a high response rate, and gathers accurate information on the sample units. When these goals are met, the sample tends to be representative of the population. Data from the sample can be extrapolated to describe the characteristics of the population."[2]

7. When statisticians refer to a *simple random sample* they are referring to a sample that is drawn in such a way that all members of the population are equally likely to be selected. The *population* is the set of people being studied, which, in this case, would be the putative class of employees. According to the theory of probability, if all members of the population have an equal chance of being selected, then it is likely that the resulting sample will be unbiased and representative of the population. For example, the determination of total hours worked per week, based on a random sample, is expected to agree with the corresponding population value.

8. The theory of probability allows the specification of how far the population values might differ from their sample estimates, and therefore the accuracy of the estimate can be calculated. Statisticians specify the accuracy of estimates in terms of a *confidence interval*. A confidence interval consists of three components: A point estimate giving the best single numeric estimate of the quantity being estimated, a margin of error, and a degree of confidence that the true value of the parameter being estimated is within the confidence interval. Generally, the larger the sample size, the smaller the confidence interval. There is no absolute standard for determining when the confidence interval is small enough. It is up to the user of the statistics to evaluate when the accuracy of the confidence is adequate.

_____

[2] *Reference Manual on Scientific Evidence*, 3rd Edition, pages 226-227.

**Random Sampling in *Smith v. McDonald's***

9. My understanding is that defendant provided time punch reports to plaintiffs, indicating when employees clocked in and out during their shift. This data covered the period from March 12, 2010 through November 29, 2014. However, for the earlier period from March 12, 2010 through October 15, 2012 this data was produced only in .pdf format, and could not be converted into a computer readable data format. Due to the large number of shifts included in the time punch reports in .pdf format, I was asked to develop a random sampling plan to obtain a representative subset of shifts, for the purpose of studying the rates that meal and rest breaks are recorded among various subsets of shifts. I was informed that the raw time punch reports was organized ██████

███████████████████████████████████████  ███████████  █████████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████

10. Based on the way the data is organized, and ease of access to various subsets of data, I proposed drawing a random sample of pay periods from each store, and compiling all the data for each employee working in that store-pay period. Statisticians would describe this sampling methodology as a stratified random sample, with a single stage cluster sample drawn from each strata. Here the *strata* are the stores, the *clusters* are the pay periods, and the *elements* are each person-shift. I suggested initially drawing five randomly selected pay periods from each store. If necessary, at a later point in time, a larger sample could be drawn to augment the initial sample and obtain more accurate estimates. For each store, I chose the five pay periods by first randomly ordering all 62 pay periods during the time covered by the paper records, and then designating the first 5 pay periods on the random list of pay periods to be including in the random sample of pay periods for that store. This process was done separately for each store. I submitted this list of randomly selected pay periods to counsel, and requested that they compile all the daily records on meal and rest breaks for every employee working in a store during the selected pay periods. A list of the randomly selected pay periods is included in Appendix 2.

11. Subsequently, Mr. David Breshears provided me with an excel spreadsheet containing information from the keyed in data, with each row representing data for a single person-shift. Each

record showed ███████████████████████████████. In addition, there were a series of fields on each record indicating █████████████████████ ████████████████. For example, there was a field indicating ████████████ ██████████████████████. Also. Mr. Breshears highlighted in green certain fields for which he requested I provide estimates and confidence intervals.  The estimates and confidence intervals are attached in Appendix 2.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.  Executed this 3rd day of April 2015 at Berkeley, California.

_Richard Drogin_

_____

Richard Drogin, Ph. D.

Appendix 1

## Vita of RICHARD DROGIN
rdrogin@dkstat.com
www.dkstat.com

CURRENT POSITIONS
Professor Emeritus of Statistics, Calif. State University, Hayward, CA, since 1996;
Partner in Drogin, Kakigi and Associates, Statistical Consultants, since 1977;

PRIOR WORK EXPERIENCE
Professor of Statistics, Calif. State University, Hayward, CA, 1973-96;
Currently Professor Emeritus;
Ass't Professor of Mathematical Statistics, Columbia University, N.Y., 1971-73;
Faculty Fellow, Mathematics, University of Sussex, Brighton, England, 1970-71;

EDUCATION
University of California, Berkeley, 1967-70, Statistics, Ph.D.;
Columbia University, New York, 1966-67, Statistics;
University of California, Berkeley, 1961-66, A.B.;

JOURNAL PUBLICATIONS
"An Invariance Principle for Martingales", Annals of Mathematical Statistics, Vol. 43, No. 2, 1972, pp. 602-620;

"Convergence in Probability to Brownian Motion", Annals of Probability, Vol. 1, No. 2, April, 1973, pp. 254-262;

Co-author, with Michael Orkin, of "Risky Business", a review of the spreadsheet/simulation program PREDICT, appeared in PC World, October, 1987, pps 178-183;

BOOK PUBLICATION
Vital Statistics, (Co-Author, Michael Orkin), McGraw Hill, 1974;

SOFTWARE
Developer of "NIGHTSHIFT" program, an artificial intelligence system utilizing genetic algorithms to identify patterns in databases (1995);

Certified Apple Software Developer, and member of Apple Programmer's and Developer's Association; May, 1987 to 1993;

Beta tester for Borland International for Turbo Pascal for the Macintosh (1986-87), and Turbo Pascal Database Toolbox for the Macintosh (1987);

Co-developer, with Michael Orkin, of "THE EXPERT": artificial intelligence system for identifying patterns in football and basketball data for PC's, 1990, and other sports database programs;

Co-developer, with Michael Orkin and Roxy Roxborough, of "ROXY'S POWER RATINGS", a power ratings system for pro-football for PC's, 1990;

LEGAL CONSULTING

Testified as expert witness in statistics over twenty times in federal, state, and superior Court;

A partial list of clients includes the Equal Employment Opportunity, The California State Department of Fair Employment and Housing, the Federal Public Defender's Office, Office of Civil Rights, Littler Mendelson Fastiff Tichy Mathiason, Morrison & Foerster, the Alameda County Public Defender's Office, the City Attorney's Office of Oakland, Legal Aid Society of Alameda County, San Francisco Neighborhood Legal Assistance, Public Advocates, Equal Rights Advocates, the Employment Law Center, Center for Law in the Public Interest, California Teachers Association, Internation Brotherhood of Electrical Workers, California State Employees Association,  Mexican American Legal Defense and Educational Fund, and the NAACP Legal Defense Fund, the law firm of Saperstein, Goldstein, Demchak and Baller, the law firm of Sprenger and Lang, the law firm of Rudy, Excelrod and Zieff; the law firm of Righetti Glugoski, the Wynne Law Firm; the law firm of Lieff, Cabraser, Heimann and Bernstein, the law firm of Sanford, Wittels & Heisler; and The Impact Fund.

OTHER CONSULTING

Retained by JAMS (ADR) to perform statistical analysis of rejection rates among adjudicators for claims submitted in a class action settlement, May 2012.

Retained as court appointed statistical expert in Consolidated Class Actions v. Sunshine Communications, Case No. GIC 780641, Superior Court of California, San Diego County, 2003.

Retained by the California State Department of Fair Employment and Housing to analyze employment data for Lawrence Livermore Laboratory, 2001;

Retained by Office of Civil Rights, Department of Education, to analyze law  school admission and criteria for several University of California Law Schools, 1997-8;

Calculation of probabilities of various card game outcomes for Casino San Pablo, 1996-7;

Custom programming to produce summaries of  personnel data for California hospital associations, 1996-7;

Analysis of phone quality data for J Walter Thompson advertising agency, 1990;

Sample design and review of drug testing program for IBEW, 1990;

Sample design and analysis of data for BART study of commuter patterns, 1989;

Development of market research multiple regression software package for Gazette Press, Inc., 1987

Analysis of employment patterns among Operating Engineers, Local 3, for the Affirmative Action Trust Fund, appointed by defendants and plaintiffs, 1986-87;

Analysis of 1970 and 1980 census data regarding changes in occupational status of women, Institute for the Study of Social Change, U.C., Berkeley, July, 1984;

Analysis of University Admissions data at U.C., Berkeley, for Student Affirmative Action Advisory Committee, September, 1982;

Analysis of employment patterns and opinion survey data for the U.S. Forest Service, in preparation of an affirmative action plan, 1981-82;

Analysis of housing sales in the Fruitvale and West Oakland areas of Oakland for Oakland Community Organization, 1980-81;

Statistical consultant on survey of Mexican Immigration patterns, 1980-81;

Statistical analysis of Law School Admissions data for Mexican American Legal Defense and Education Fund, 1980;

Develop statistical analysis of California Loan Registry Data for Legal Aid Society of Alameda County, Legal Aid Society of Los Angeles, California Rural Legal Assistance, San Francisco neighborhood Legal Assistance, and Public Advocates, 1978-81;

INVITED LECTURES & SEMINARS

Panelist at Lawyers Coordinating Committee AFL-CIO Southern California Regional Conference, Statistical Sampling in Wage and Hour Cases, October 30, 2007

Panelist at American Conference Institute's 5th National Forum on "Wage Hour Litigation", October 4, 2007

Panelist at California Employment Lawyers Association Conference, May 11, 2007, "Using Expert Testimony"

Panelist at ABA Labor & Employment Law Conference, March 29, 2001, breakout session on the "Use of Statistical Evidence in Employment Discrimination Litigation"

Presented seminar on statistical methods and expert witness testimony in Title VII cases at Hastings School of Law, February, 1997, March, 1998, and February, 1999;

Appeared on cable TV interview show to discuss statistical

analysis in employement discrimination litigation, Calif. State University, Hayward, CA, November 10, 1995;

Presented lecture on computers, databases, and statistical proof in large class action lawsuits, at the "Litigating Civil and Statuory Class Actions" conference, Hastings College of Law, April 30, 1994;

Presented a seminar on statistical methods in age discrimination cases for Practicing Law Institute, February 13, 1987;

Presented seminar on statistical methods at Golden Gate University Law School, February, 1983;

Presented one day seminar for attorneys and staff of the State Department of Fair Employment and Housing, on statistical methods, February 5, 1982;

Presented a talk to the American Statistical Association meeting, February, 1982, on statistical methods used in Title VII cases;

Presented talks at the MALDEF-EEOC conferences on discrimination and the Law, San Francisco, June, 1978, and Los Angeles, October, 1978;

**DECLARATIONS and TESTIMONY**
**since 1990**
Dr. Richard Drogin
as of January 15, 2015

ISABEL EDMISTON V. LOMA LINDA UNIVERSITY MEDICAL CENTER, Superior Court of California, County of Riverside, Case No. MCC 1300610, declaration November 2014, deposition January 2015.

DENISE MAYS V. CHILDREN'S HOSPITAL LOS ANGELES, Superior Court of California, County of Los Angeles, Case No. BC477830, declaration November 2014, deposition January 2015.

MARTIN ARNAUDOV V. CALIFORNIA DELTA MECHANICAL, United States District Court for the Northern District of California, San Francisco Division, Case No. CV 13-2306 NC, declaration December 2104.

BALJINDER RAI, V. SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, United States District Court for the Northern District of California, Case No. CV-04344-PSG, declaration November 2014.

JOSHUA KROLL V. REGUS MANAGEMENT GROUP, Case No. BC 498401, Superior Court of California, County of Los Angeles, declaration November 2014

PEABODY V. ORANGE COUNTY TRANSPORTATION, United States District Court, Central District of California, Orange, Case No. SACV 13-01226 JLS (ANx), declarations June and November 2014.

SALGADO V. THE DAILY BREEZE, Superior Court of California, County of Los Angeles, Case No. BC458074, declaration August 2014.

EDWARDS V. KB HOME, Case No. 3:11-ef-00240, United States District Court, Southern District of Texas, Galveston Division, declarations August and September 2014.

LYNCH V. REGUS MANAGEMENT, Case No. RG1366950, Superior Court of California, County of Alameda, declaration August 2014, deposition September 2014.

RON MODARAEI V. ACTION PROPERTY MANAGEMENT, Case No. BC495179, Superior Court of California, County of Los Angeles, declaration August 2014.

ESPINOZA V. EAST WEST BANK, Case No. BC502166, Superior Court of California, County of Los Angeles, declaration June 2014.

CENTERPLATE V. UNITE HERE, LOCAL 2, Case No. 13-cv-2318-YGR, United States District Court, Northern District of California, San Francisco Division, declaration and deposition, February 2014.

AIRTOUCH CELLULAR WAGE AND HOUR CASES, Judicial Council Coordination Proceeding (JCCP) No. 4693, Superior Court of California, County of Los Angeles, declarations January and June 2014.

STITT V. THE SAN FRANCISCO MUNICIPAL TRANSPORTATION COMPANY, Case No. C-12-03704-YGR, United States District Court, Northern District of California, Declaration December 2013.

LOU V. MA LABORATORIES, Case No. 3:12-cv-05409-WHA (NC), United States District Court, Northern District of California, declarations August and October 2013.

JONES V. CANON BUSINESS SOLUTIONS, Case No. 2:12-CV-07195-JAK-JEM, United States District Court, Central District of California, declaration July 2013.

ICARD V. ECOLAB, Case No. CGC-09-495344, Superior Court of the State of California, County of San Francisco, declarations April and May 2013.

PAPARELLA V. JP MORGAN CHASE, Case No. 30-2010-00370146, Superior Court of California, Orange County, declarations February and July 2013, deposition March 2013.

LADORE V. ECOLAB, Case No. CV 11-9386 FMO (FMOx), United States District Court, Central District of California, declaration January 2013.

MCCARTHY V. VALERO, Case No. 1100059728, JAMS San Francisco, declaration December 2012.

GOMEZ V. PIZZA HUT OF SOUTHEAST KANSAS, Case No., CIVVS 900679, Superior Court of the State of California for the County of San Bernardino, deposition October 2012.

YOUNG V. WADDELL & REED, Case No. 09 CV 02909 DMS (WVG), U.S. District Court, Southern District of California, declaration July 2012, deposition July 2012.

FRALEY V. FACEBOOK, Case No. 11-CV-01726 (PSG), U.S. District Court, Northern District of California, San Jose Division, declaration March 2012, deposition April 2012.

RIEVE V. COVENTRY HEALTH CARE, Case No. SACV 11-1032 DOC (MLGx), declaration February 2012, deposition May 2012.

PYTELEWSKI V. COSTCO WHOLESALE CORPORATION, Case No. 09-CV-2473(BLM), U.S. District Court, Southern District of California, declaration February 2012, deposition

BICKLEY V. SCHNEIDER NATIONAL CARRIERS, Case No. 3:08-cv-05806-JSW (NMC), U.S. District Court, Northern District of California, declarations November 2011, January 2012, February 2012.

WILLIAMS V. H&R BLOCK FINANCIAL ADVISERS, Case No. RG08366506, Superior Court of California, County of Alameda, declarations December 2011, January 2012.

LUQUE V. AT&T CORP., PACIFIC BELL TELEPHONE CO., Case No. 3:09CV5885, U.S. District Court, Northern District of California, declaration December 2011.

ARTIS v. JOHN DEERE, Case No. C-10-05289 WHA, U.S. District Court, Northern District, California, declaration November 2011.

DRISCOLL v. GRANITEROCK COMPANY Superior Court California, County of Santa Clara, Case No.: 1-08-CV-103426, deposition and trial testimony July 2011.

UPSON v. SUR LA TABLE INC., Case BC424012, Superior Court California, County of Los Angeles, declaration February 2011, deposition March 2011.

WALKER v. USPS, EEOC Case No. 320-A2-8390X, Agency Case No. 4E-800-0240-02, declaration January 2011, deposition February 2011, trial testimony January 2012.

CORDOVA v. COMERICA BANK, Case No. 2:09-cv-08905-MMM (PLAx), United States District Court, Central District of California, declaration, December 20, 2010.

LEIGHTON v, ALDO, U.S. INC., Case No. BC386379, Superior Court of California, County of Los Angeles, declaration December 13, 2010.

STOETZL v. STATE OF CALIFORNIA, DEPT OF CORRECTIONS, Case No. CGC-08-474096, Superior Court of California, County of San Francisco, declarations July and September 2010.

BURAKOFF v. US BANCORP, Case No. BC341430, Superior Court in the State of California, County of Los Angeles, (Central District) declarations August and September 2010.

BEHAEIN v. PIZZA HUT, Case No. BC384563, Superior Court in the State of California, County of Los Angeles, (Central Civil West) declaration August 2010.

SHARON PERKINS v. SOUTHERN NEW ENGLAND TELEPHONE COMPANY, Case No. 3:07CV967 (JCH), United States District Court, District of Connecticut, declaration April, October, December 2010.

ROSEN V. BMO NESBITT BURNS, Case No. CV-10-396685, Ontario Superior Court of Justice, Canada, declarations June 2010, January 2011, March 2012.

TRAN v. PROTIVITI CORP., Case No. BC351862, Superior Corut in the State of California, County of Los Angeles, declarations January and February 2010.

MARTINEZ v. JOE'S CRAB SHACK, Case No. BC 377269, Superior Court of California, County of Los Angeles, Central District, declaration January 2010.

KASTANOS v. CENTRAL CONCRETE SUPPLY CO., Case No. HG07-319366 County of Alameda, Superior Court of the State of California, declarations November 2009 and January 2010.

KRONING v. MR. CHOW ENTERPRISES, Case No. BC390641, County of Los Angeles, Superior Court of the State of California, declaration December 2009.

CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION v. ARNOLD SCHWARZENEGGER, in his capacity as Governor of the State of California, Case No. RG-09-441544, County of Alameda, Superior Court of the State of California, declaration November 2009.

GARNER v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Case No. CV 08 1365 CW (EMC), United States District Court, Northern District of Calfiornia, declarations August and September 2009.

PFIZENMEIER v. CITIFINANCIAL MANAGEMENT CORPORATION, Case No. 37-2008-00084289-CU-OE-CTL, Superior Court of the State of California, County San Diego, declaration, September 2009 and February 2010.

HERNANDEZ v. ANNA'S LINENS, Case No. GIC 840481, County of Orange, Superior Court of the State of California, declaration, declaration June 2009, May 2010, deposition January 2011.

RODRIGUEZ v. GATE CITY BEVERAGE DISTRIBUTORS, Case No. SCVSS142242 consolidated with Case No. SCVSS 147748, Superior Court of the State of California, County of San Bernardino, Western; declaration, June 2009.

RANDALL v. ROLLS ROYCE CORPORATION, Cause No.: 1:06-CV-0860-SEB-JPG, United States District Court, Southern District of Indiana, Indianapolis Division, declarations April, May 2009.

ROSA v. MORRISON HOMES INC., Stanislaus County Superior Court, State of California, Case No. 373059, declaration, February 2009.

TANKSLEY et. al. v. NORTHWEST AIRLINES, INC. and AIR LINE PILOTS INTERNATIONAL, Civil File No. 07-4803 (JNE/JJG), United States District Court, District of Minnesota, declaration December 2008.

FONG v. HOOP RETAIL STORES, LLC dba THE DISNEY STORE, County of Los Angeles, Superior Court of the State of California, declarations, Case No. BC 355121, declarations October and December 2008, March 2009.

PIPER v. RGIS, Case No. 3:06-cv-05778 JCS, Case No. 3:07-cv-00032 JCS, United States District Court, Northern District of California, declarations 2008

SYVERSON v. IBM, Case No. C 03 04529 RMW, United States District Court, Northern District of Calfornia, San Jose Division, declaration July and September 2008

PUCHALSKI v. TACO BELL CORP., Case No. GIC 870429, Superior Court in the State of California, County of San Diego, declarations July 2008, July 2009, and September 2010, November 2011, depositions April 2009 and April 2012, trial testimony April 2012.

MCCRACKEN v. CANADIAN NATIONAL RAILWAY COMPANY, Court File No. 08-CV-351183 CP, Ontario Superior Court of Justice, affidavit July 2008, March 2009.

FULAWKA v. BANK OF NOVA SCOTIA, Court File No. 07-CV-345166CP, Ontario Superior Court of Justice, affidavits June 2008, January 2009.

HOLLOWAY v. BEST BUY, Case No. C-05-5056, PJH (MEJ) U.S. District Court, Northern District, California, various declarations and deposition, 2008.

CHOU V. STARBUCKS CORPORATION, Case No. GIC 836925, County of San Diego, Superior Court of the State of California, declarations, November 16, 2007, and February 28, 2008, deposition March 2008, trial testimony March 12, 2008.

DARA FRESCO V. CANADIAN IMPERIAL BANK OF COMMERCE, Court File No. 07-CV-334112CP, Ontario Superior Court of Justice, affidavits November 2007, July 2008, deposition October 2008.

BROWN V. CANADIAN IMPERIAL BANK OF COMMERCE, Court File No. CV-08-365119CP, Ontario Superior Court of Justice, affidavits April 2010, January 2011, May 2011, deposition October 2011.

JANTZ V. SSA, EEOC No. 531-2006-00276X, Agency No. HQ-06-2518-SSA, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, BALTIMORE DISTRICT OFFICE. Declaration, November 2007.

CICAIROS V. SUMMIT LOGISTIC INC. AND BLUEFORD V. SAFEWAY INC., Case No. CV014837, County of San Joaquin – Stockton Branch of the State of California; declarations, October 1, 2007, April 2012.

PAUL VELIZ V. CINTAS CORPORATION, Case No 03-01180 (SBA), United States District Court, Northern District of Calfiornia, (Oakland Division), declaration September 2007 and March 2009, deposition March 2009.

CLAUSNITZER V. FEDERAL EXPRESS CORP., Civil Action No. 06-21457-CIV-Altonage/Turnoff, United States District Court Southern District of Florida, Miami Division; declaration September 14, 2007

WARD V. ALBERTSON, Case No. BC237646, County of Los Angeles, Superior Court of the State of California, declaration, May 2007

DURAN V. US.BANK NATIONAL ASSOCIATE,Case No. 2001-035537, County of Alameda, Superior Court of the State of California, declaration, deposition, June 2006, April 2007

HOHNBAUM V. BRINKER RESTAURANT CORPORATION, Case No. GIC 834348, San Diego, Superior Court, State of California, declaration May 2006;

ROCHER et al. V. SAV-ON DRUG STORES, INC., Case No. BC 227720, Los Angeles Superior Court, State of California, declaration, March 2006;

FOSTER v. FEDERAL EXPRESS, No. BC 282300, Los Angeles County Superior Court, State of California; declaration, February 2006

Coordinating Proceeding Special Title (Rule) 1550(b)-Shake Roof Cases; Judicial Council Coordination Proceeding No. 4208, Superior Court of the State of California, Contra Costa County; report, deposition and trial 2005.

ELLIS V. COSTCO WHOLESALE CORPORATION, Case No. C-04-3341 MHP, U.S. District Court, Northern District, California, declaration, May 2005, May 2006, November 2006.

Coordinating Proceeding Special Title (Rule) 1550(b)-Staples Overtime Cases; Case No.:4235, lead Case No. 816121, Superior Court of the State of California, County of Orange; deposition April 2005.

SATCHELL V. FEDERAL EXPRESS, C 03-2659 SI; C 03-2878 SI, U.S. District Court, Northern District, California, various declarations and deposition, 2004.

PARRA V. BASHAS' INC., Case No. CIV 02 0591 PHX RCB, U.S. District Court, District of Arizona, declaration and deposition, July 2004.

ERVIN V. RATELLE, Case N. BS 215587, Superior Court of The State of California, County of San Diego; deposition, January 2004.

SYLVESTER MCCLAIN v. LUFKIN INDUSTRIES, INC., Case No. 9:97-CV-063, U.S. District Court, Eastern District of Texas, report, deposition, trial 2003; declaration March 2009.

GARRETT CUTLER v. WAL-MART STORES, No., CA-02-10206, Circuit Court for Prince George County, Maryland, declaration and deposition, 2003.

CRYSTAL SALVAS v. WAL-MART STORES, No. 01-3645,  Middlesex, Superior Court Department, Commonwealth of Massachusetts, declaration and deposition, 2003

RICHISON v. AMERICAN CEMWOOD, Case No. 005532, San Jouquin County Superior Court, State of California; declarations, deposition, 2002-3.

DUKES v. WAL-MART, INC., C-01-2252 MJJ, ,  U.S. District Court, Northern District, California, various declarations and deposition, 2003.

SALGADU v. MABUBANI, et. al, No, CV01-04360 FMC, Central District of California, declaration 2002, deposition January, 2003.

MITCHELL, et. al. v.METROPOLITAN LIFE INSURANCE CO., 01 Civ.2112 (WHP) declaration December 2002 and deposition January, 2003.

SAVAGLIO V. WAL-MART STORES, CASE NO. 835687-7 Superior Court of The State of California, County of Alameda; declaration and deposition, December 2002.

STONE V. FIRST UNION CORP., NO. 94-6932-CIV-GOLD,  U.S. District Court, Southern District of Florida, Miami Division, declaration, 2002, deposition 2005.

BELL V. FARMERS INSURANCE, NO.774013-0, Alameda County Superior Court, State of California; declarations, deposition,1999-2001, trial testimony 2001;  Appeal decision 115 Cal.App.4th 715 (2004)

YBARRA et al V. CALIFORNIA REDI-DATE COMPANY, No. CV 00-7043/7044 U.S. District Court, Northern District, California, declaration and deposition, 2001;

AGUARDO et al. V. PIZZA HUT, San Francisco County Superior Court, State of California, Case No. 994947; declaration February 2001;

BROOKS V. FIRST UNION, Superior Court of New Jersey, Middlesex Country, No. L-2401-99; declarations February 2001 and 2002, deposition 2005;

SINGLETON V. REGENTS OF THE UNIVERSITY OF CALIFORNIA, No. 807233-1, Alameda County Superior Court, State of California; declarations and deposition 2000-2;

BECKMANN V. WCCO et. al., File No. 3-96 Civ. 1172, declaration and deposition, 1999;

CHARLES V. SECRETARY OF NAVY, C 91-2153 MHP, declaration, 1998;

JARVAISE V. RAND Corp, NO 1:96CV02680 (HHG); declaration and deposition, 1998;

TURNER V. TOROTEL, INC., No. 96-0646-CV-W-5, declaration and deposition, 1998;

BUTLER v. HOME DEPOT U.S.A., INC., No. C 95-2182 SI,  U.S. District Court, Northern District, California, various declaration and deposition, 1997;

CANADY V. ALLSTATE INSURANCE COMPANY, ET AL., NO. 96-0174-CV-W-2, U.S. District Court, Western District of Missouri, Western Division; declaration 1997;

BYRD v. SPRINT CORPORATION, ET AL., No. CV92-18979, Circuit Court of Jackson County, Missouri at Kansas City; declaration 1996;

SHORES v. PUBLIX SUPER MARKETS, INC., No. 95-1162-CIV-T-25E, U.S. District Court, Middle District of Florida, Tampa Division; declarations submitted for class certification, 1995; presentation to mediator in settlement talks 1996;

PLUMMER v. DON COTE, ALAMEDA COUNTY, C-94-0838 EFL,  Superior Court, Alameda County, California; declaration submitted, February, 1996;

JONES v. FORD MOTOR COMPANY, No. 95-MD-1044, 95-71123, 3-93-370, Eastern District of Michigan, Southern Division; declarations submitted for class certification, deposition, 1995-1996, 1998;

APPLETON, v. DELOITTE & TOUCHE, No. 3-95-0483 (Middle District of Tennessee); declaration submitted for class certification, deposition, 1995, 1996;

FRANK V. UNITED AIRLINES, INC., N.D. Cal. Case No C92 0692 CAL declarations and deposition, 1995-96;

ROBERT ADAMS, JR. v. PINOLE POINT STEEL COMPANY, NO. C-92-1962 MHP, U.S. District Court, Northern District, California;  declaration submitted for class certification, deposition 1993, 1994, 1995;

SONDRA W. HYMAN v. FIRST UNION CORPORATON, Civil No. 94-1043 (EGS), U.S. District Court, District of Columbia; various declarations, 1994, 1995, 1997;

WHITING v. HUNTER, MO. 676752-50H,  Alameda Country Superior Court, California; deposition and trial testimony, 1995, 1996;

BABBITT v. ALBERTSON'S INC., No. C92 1883 SBA (PJH), Northern District of California; declarations, 1994;

TAYLOR v. O'CHARLEY'S, No. 3:94-0489, U.S. District Court, Middle District of Tennessee; declarations, 1994;

BARBARA JEAN HERRING v. SAVE MART, No. C-90-3571 BAC, U.S. District Court, Northern District, California, December 17, 1993;

NANCY J. STENDER v. LUCKY STORES, Inc, No. C-88-1467 MHP, U.S. District Court, Northern District, California, 1991 & 1992, deposed and submitted reports for liability and damage trials;

HAYNES v. SHONEY,  No. PCA 89-30093-RV, U.S. District Court, Northern District of Florida; declaration submitted for class certification, 1991;

PINES v. STATE FARM, SA CV 89 - 631 AHS (RWRx), U.S. District Court, central District of California; declaration submitted for class certification, 1991;

SIBI SOROKA, SUE URRY, and WILLIAM D'ARCANGELO v. DAYTON HUDSON CORP., dba TARGET STORES, No. H-143579-3, Superior Court, County of Alameda, California; declaration 1990;

**DROGIN, KAKIGI & ASSOCIATES**
**Statistical Consultants**
**3104 Shattuck Avenue**
**Berkeley, CA 94705**
**(510) 540-5071**
**www.dkstat.com**

FEE SCHEDULE as of March 2014

1. Consulting, analysis, development
     Partners                                   $300/hour
     Staff programmer                   $150/hour
     Data Entry and Verification      $75./hour

2. Deposition/Testimony                $400/hour

Appendix 2                                                          Page 1

```
    Estimates for Meal and Rest Break Violations
    ================================================
    Source File: "Sample Data for Drogin - Updated as of 3.31.15.xlsx"
    This spreadsheet includes list of shifts worked, collected in a
    random sample of person shifts.  The sample design
    is a stratified cluster sample, where the strata are the 5 stores,
    and the elements are the person-shifts
    A ratio estimate is calcuated for each store, and then these are
    combined using a weighted average over the stores.
    Margin of Error is 2*(St. Dev.) and gives an approximate 95%
    confidence interval for the estimated % Violation rate.
    Total shifts in each store during all pay periods is
    not known, so store weighting is based on number shifts in sample.
```

| | Dependent Variable | Tot Nbr Shifts | Nbr Violation | % Violation | St. Dev. | Margin of Error |
|----|----|----|----|----|----|----|
| 1 | Col I | | | | | |
| 2 | Col K | | | | | |
| 3 | Col M | | | | | |
| 4 | Col O | | | | | |
| 5 | Col P | | | | | |
| 6 | Col Q | | | | | |
| 8 | Col S | | | | | |
| 9 | Col V | | | | | |
| 10 | Col W | | | | | |
| 11 | Col Y | | | | | |
| 12 | Col AA | | | | | |
| 13 | Col AC | | | | | |
| 14 | Col AD | | | | | |
| 15 | Col AE | | | | | |
| 16 | Col AF | | | | | |
| 17 | Col AG | | | | | |
| 18 | Col AI | | | | | |

```
    List of Columns in Spreadsheet of Raw Data
    "Sample Data for Drogin - Updated as of 3.31.15.xlsx"
    =====================================================
A   Store
B   ID#
C   Name
D   Date
E   """Shift"" Count"
F   Shift Hours
G   Shift Flag (>0 Hours)
H   Missed Meal Periods Shift of 5.01 to 6 Hours Flag
I   No Meal Break for Shift of 5.01 to 6 Hours
J   Shift of 6.01 + Hours Flag
K   No Meal Break for Shift of 6.01 + Hours
L   Shift of 10.01 to 12 Hours Flag
M   No 2nd Meal Break for Shift of 10.01 to 12 Hours
N   Shift of 12.01 + Hours Flag
O   No 2nd Meal Break for Shift of 12.01 + Hours
P   MISSED MEAL PERIODS FLAG (max. of 1 per Shift)
```

Appendix 2                                        Page 2

```
Q   Late Meal Periods 1st Meal Break > 5th Hour
R   2nd Meal Break > 10th Hour
S   LATE MEAL PERIODS FLAG (max. of 1 per Shift)
T   Missed Rest Breaks Shift of 3.50 + Hours Flag
U   Shift of 3.51 to 6 Hours Flag
V   No Rest Break for Shift of 3.51 to 6 Hours
W   No Rest Break for Shift of 6.01 + Hours
X   Shift of 6.01 to 8 Hours Flag
Y   No 2nd Rest Break for Shift of 6.01 to 8 Hours
Z   Shift of 8.01 to 10 Hours Flag
AA  No 2nd Rest Break for Shift of 8.01 to 10 Hours
AB  TOTAL: Shift of 6.01 to 10 Hours Flag
AC  TOTAL: No 2nd Rest Break for Shift of 6.01 to 10 Hours
AD  No 3rd Rest Break for Shift of 10.01 + Hours
AE  MISSED REST BREAKS FLAG (max. of 1 per Shift)
AF  Untimely Rest Breaks Rest Break Ends < 10 Mins. Before En
AG  Rest Break Within 10 Mins. Of Meal Break
AH  Shift of 5.01 + Hours with At Least 1 Meal and 1 Rest Bre
AI  Rest Break Within 10 Mins. Of Another Rest Break
AJ  Shift of 6.01 + Hours with At Least 2 Rest Breaks Flag
AK  UNTIMELY REST BREAKS FLAG (max. of 1 per Shift)
```

```
 ===================
   Random Sample of
   Pay Periods
    for each Store
 ===================

   Store Pay Period
 ------- ----------
  1 1405 2010-10:2
  1 1405 2011-06:2
  1 1405 2011-08:1
  1 1405 2012-02:1
  1 1405 2012-10:1

  2 1745 2010-10:1
  2 1745 2010-11:2
  2 1745 2011-12:1
  2 1745 2011-12:2
  2 1745 2012-02:2

  3 2112 2011-01:1
  3 2112 2011-04:1
  3 2112 2012-05:1
  3 2112 2012-06:2
  3 2112 2012-07:2

  4 7498 2012-02:2
  4 7498 2012-03:1
  4 7498 2012-04:1
  4 7498 2012-09:1
  4 7498 2012-09:2

  5 7634 2011-01:2
```

**Appendix 2**                                                          **Page 3**

```
5 7634 2011-07:1
5 7634 2011-12:2
5 7634 2012-07:1
5 7634 2012-09:2
```