MICHAEL RUBIN (SBN 80618)
BARBARA J. CHISHOLM (SBN 224656)
P. CASEY PITTS (SBN 262463)
MATTHEW J. MURRAY (SBN 271461)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: mrubin@altber.com
        bchisholm@altber.com
        cpitts@altber.com
        mmurray@altber.com

JOSEPH M. SELLERS (*pro hac vice*)
ABIGAIL E. SHAFROTH (*pro hac vice*)
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: jsellers@cohenmilstein.com
        ashafroth@cohenmilstein.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

| | |
|---|---|
| STEPHANIE OCHOA, ERNESTINA SANDOVAL, YADIRA RODRIGUEZ, and JASMINE HEDGEPETH, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONALD'S CORP., a corporation, MCDONALD'S U.S.A., LLC, a limited liability company, MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., a corporation, THE EDWARD J. SMITH AND VALERIE S. SMITH FAMILY LTD. PARTNERSHIP d/b/a MCDONALD'S, a limited partnership, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-02098-JD<br><br>**DECLARATION OF ERNESTINA SANDOVAL** |

## DECLARATION OF ERNESTINA SANDOVAL

I, Ernestina Sandoval, declare as follows:

1. I have been employed as a crew member at the McDonald's restaurant at 2301 MacDonald Avenue in Richmond, CA, from approximately May 2013 to the present. I make the statements in this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters below.

2. The employment policies and practices that I describe below based on my personal experience have been applied to me and to other crew members, crew trainers, and maintenance workers who worked with me (who I refer to as "crew members" below) during the whole time I have worked at McDonald's.

3. In my personal experience, and based on what I personally observed with other crew members as well, the restaurant's managers decide and tell me and the other crew members when to take each meal period and rest break. We are not permitted to decide for ourselves when or whether to take meal periods or rest breaks. Those decisions are always made by our managers. We are not permitted to take a meal period or rest break unless and until a manager tells us to take that specific meal period or rest break. The other crew members and I are not allowed to refuse to take any meal period or rest break when a manager tells us to take one, any more than we could refuse any other direct command from a manager.

4. The McOpCo Rest and Meal Break Policy attached to this declaration was marked as Exhibit 12 at my deposition. I first saw this document posted in the break room in the McDonald's restaurant where I work sometime within the past year. To my knowledge, it was not posted in the restaurant before then. I do not recall having seen the document before this lawsuit was filed. Prior to that time, I had not seen any document describing when I or crew members should be provided meal periods or rest breaks. I am not aware of any other written document that states when crew members are or were supposed to be provided meal periods or rest breaks. I do not know what "McOpCo" refers to. I never received training regarding when my managers are supposed to provide me meal or rest breaks.

5. When I have worked a shift lasting longer than ten hours, I have not been provided a

third 10-minute rest break.

6. Managers often require me to take a rest break right before or right after a meal period or another rest break, or within ten minutes or so of a meal period or another rest break. I have seen managers require other crew members take a rest break consecutively with a meal period, or shortly before or after a meal period, too.

7. I have never been paid any additional wages, penalties, or other money for having a missed, late, or shortened meal period or rest break while working at McDonald's.

8. At times, I have worked two shifts that together lasted more than eight hours within a single 24-hour period. For example, I regularly work the overnight shift from 10pm – 6am, and I often have worked the afternoon shift from 3pm – 11pm the next day. On these occasions, I have not been paid overtime on the second shift, even though I worked more than eight hours in a single 24-hour period.

9. The wage statements I receive from McDonald's only identify EJ Smith and VS Smith FLP and provide a PO Box address. They do not identify McDonald's USA, LLC, McDonald's Corporation, or McDonald's Restaurants of California, Inc. as my employer. The wage statements also do not include the address of McDonald's USA, LLC, McDonald's Corporation, or McDonald's Restaurants of California, Inc. The wages statements I receive do not say whether I received all of the meal or rest breaks I was entitled to and do not say that I have received or am owed any extra pay for missed, late, or shortened meal periods or rest breaks. The wage statements I receive also do not show that I am owed overtime on the occasions described above in paragraph 8.

10. I am not paid for the time or expense of washing and ironing my uniform to keep it neat and clean.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this _April 03_ 2015 at _Oakland_, California.

_Ernestina Sandoval_



## MCOPCO
## REST AND MEAL BREAK POLICY

IT IS McDONALD'S POLICY TO AUTHORIZE AND PERMIT REST PERIODS FOR ALL HOURLY PAID EMPLOYEES.

These rules apply to hourly, non-exempt employees and should be strictly followed at all times:

| ACTUAL HOURS WORKED (not including unpaid breaks) | BREAK(S) REQUIRED |
|---|---|
| If total hours for day are <u>less than</u> 3 HOURS, 30 MINUTES | • NO REST BREAK REQUIRED |
| 3 HOURS, 30 MINUTES – 5 HOURS | • ONE (PAID) 10 CONSECUTIVE MINUTE REST BREAK |
| 5 HOURS, 1 MINUTE – 6 HOURS<br><br>(Meal Break must begin prior to the end of the 5th hour) | • ONE (PAID) 10 CONSECUTIVE MINUTE REST BREAK<br><br>• ONE (UNPAID) UNINTERRUPTED 30 MINUTE MEAL BREAK |



EXHIBIT
SANDOVAL 12
KB    2/5/15

SMITH00166
SMITH00166

| OVER 6 HOURS – 10 HOURS | <ul><li>TWO (PAID) 10 CONSECUTIVE MINUTE REST BREAKS</li><li>ONE (UNPAID) INITERRUPTED 30 MINUTE MEAL BREAK</li></ul> |
|---|---|
| OVER 10 HOURS | <ul><li>THREE (PAID) 10 CONSECUTIVE MINUTE REST BREAKS</li><li>TWO (UNPAID) UNINTERRUPTED 30 MINUTE MEAL BREAKS</li></ul> |

Rest periods are to be taken in the middle of each 4 hour (or major fraction thereof) period, whenever practicable.

Meal Periods should begin by the end of the 5th hour (and by the end of the 5th hour following return from the 1st meal period).

Note: The above chart reflects the meal and rest period guidelines that McOpCo follows. Please note that the above chart does not specify the conditions where waiver of the mandatory meal period is permissible. As a matter of policy, McOpCo does not permit its hourly, non-exempt employees to enter into agreements waiving mandatory meal periods (even though under certain conditions such waivers are permitted under California law).