MICHAEL RUBIN (SBN 80618)
BARBARA J. CHISHOLM (SBN 224656)
P. CASEY PITTS (SBN 262463)
MATTHEW J. MURRAY (SBN 271461)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  mrubin@altber.com
         bchisholm@altber.com
         cpitts@altber.com
         mmurray@altber.com

JOSEPH M. SELLERS (*pro hac vice*)
ABIGAIL E. SHAFROTH (*pro hac vice*)
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail:  jsellers@cohenmilstein.com
         ashafroth@cohenmilstein.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

| | |
|---|---|
| STEPHANIE OCHOA, ERNESTINA SANDOVAL, YADIRA RODRIGUEZ, and JASMINE HEDGEPETH, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONALD'S CORP., a corporation, MCDONALD'S U.S.A., LLC, a limited liability company, MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., a corporation, THE EDWARD J. SMITH AND VALERIE S. SMITH FAMILY LTD. PARTNERSHIP d/b/a MCDONALD'S, a limited partnership, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-02098-JD<br><br>**DECLARATION OF YADIRA RODRIGUEZ** |

## DECLARATION OF YADIRA RODRIGUEZ

I, Yadira Rodriguez, declare as follows:

1. I was employed as a crew member at the McDonald's restaurant at 2301 MacDonald Avenue in Richmond, CA, from about June 2013 to about August 2014. I make the statements in this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters below.

2. The employment policies and practices that I describe below based on my personal experience were applied to me and to other crew members, crew trainers, and maintenance workers who worked with me (who I refer to as "crew members" below) during the whole time I worked at McDonald's.

3. I was not aware of any written or unwritten restaurant policy that stated when other crew members and I were supposed to be provided meal periods or rest breaks. I never received training regarding when my managers were supposed to provide me meal periods or rest breaks.

4. I have never been paid any additional wages, penalties, or other money for having a missed, late, or shortened meal period or rest break while working at McDonald's.

5. The wage statements I received from McDonald's only identified EJ Smith and VS Smith FLP and provided a PO Box address. They did not identify McDonald's USA, LLC, McDonald's Corporation, or McDonald's Restaurants of California, Inc. as my employer. The wage statements also did not include the address of McDonald's USA, LLC, McDonald's Corporation, or McDonald's Restaurants of California, Inc. The wages statements I received did not say whether I received all of the meal or rest breaks I was entitled to and did not say that I received or was owed any extra pay for missed, late, or shortened meal periods or rest breaks.

6. I was not paid for the time or expense of washing and ironing my uniform to keep it neat and clean.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this April 1 2015 at San Pablo, California.

Yadira Rodriguez

1
DECLARATION OF YADIRA RODRIGUEZ: CASE NO. 3:14-cv-02098-JD