1  MICHAEL RUBIN (SBN 80618)
   BARBARA J. CHISHOLM (SBN 224656)
2  P. CASEY PITTS (SBN 262463)
   MATTHEW J. MURRAY (SBN 271461)
3  Altshuler Berzon LLP
   177 Post Street, Suite 300
4  San Francisco, California 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064
   E-mail: mrubin@altber.com
6          bchisholm@altber.com
           cpitts@altber.com
7          mmurray@altber.com

8  JOSEPH M. SELLERS (*pro hac vice*)
   ABIGAIL E. SHAFROTH (*pro hac vice*)
9  Cohen Milstein Sellers & Toll, PLLC
   1100 New York Ave NW, Suite 500
10 Washington, DC 20005
   Telephone: (202) 408-4600
11 Facsimile: (202) 408-4699
   E-mail: jsellers@cohenmilstein.com
12         ashafroth@cohenmilstein.com

13 Attorneys for Plaintiffs

14                IN THE UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA – San Francisco

16 | |
17 STEPHANIE OCHOA, ERNESTINA SANDOVAL, YADIRA RODRIGUEZ, and JASMINE HEDGEPETH, on behalf of themselves and others similarly situated,

18                                                  CASE NO. 3:14-cv-02098-JD

19          Plaintiffs,

20 vs.                                              **DECLARATION OF STEPHANIE OCHOA**

21 MCDONALD'S CORP., a corporation,
   MCDONALD'S U.S.A., LLC, a limited liability
22 company, MCDONALD'S RESTAURANTS OF
   CALIFORNIA, INC., a corporation, THE
23 EDWARD J. SMITH AND VALERIE S. SMITH
   FAMILY LTD. PARTNERSHIP d/b/a
24 MCDONALD'S, a limited partnership, and DOES
   1 through 100, inclusive,

25          Defendants.

26
27
28

## DECLARATION OF STEPHANIE OCHOA

I, Stephanie Ochoa, declare as follows:

1. I was employed as a crew member at the McDonald's restaurant at 6623 San Pablo Avenue in Oakland, CA, from about June 2013 to about February 2014. I make the statements in this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters below.

2. The employment policies and practices that I describe below based on my personal experience were applied to me and to other crew members, crew trainers, and maintenance workers who worked with me (who I refer to as "crew members" below) during the whole time I worked at McDonald's.

3. The restaurant's other crew members and I were required to punch in at the beginning of each shift and to punch out at the end of each shift. We were also required to punch out at the beginning of each meal period and rest break, and to punch back in at the end of each meal period and rest break.

4. The managers at the restaurant where I worked often required me to take a rest break at the very end, or shortly before the very end, of my shift. I often saw managers require other crew members take a rest break at the very end, or shortly before the very end, of their shift, too.

5. I have never been paid any additional wages, penalties, or other money for having a missed, late, or shortened meal period or rest break while working at McDonald's.

6. The wage statements I received from McDonald's only identified EJ and VS Smith FLP and provided a PO Box address. They did not identify McDonald's USA, LLC, McDonald's Corporation, or McDonald's Restaurants of California, Inc. as my employer. The wage statements also did not include the address of McDonald's USA, LLC, McDonald's Corporation, or McDonald's Restaurants of California, Inc. The wage statements I received did not say whether I received all of the meal periods or rest breaks I was entitled to and did not say that I received or was owed any extra pay for missed, late, or shortened meal periods or rest breaks.

7. The restaurant where I worked required me and the other crew members to wear a

McDonald's uniform at all times while working. The restaurant also required me and the other crew members to keep our uniforms neat and clean at all times. In order to keep my uniform neat and clean, I washed and ironed my uniform after every shift. I washed my uniform separately from my regular clothes because it got greasy and smelly when I worked, and I did not want the grease and smell to get on my regular clothes. I was not paid for the time or expense of washing and ironing my uniform to keep it neat and clean.

    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this April 1 2015 at San Pablo, California.

_____
Stephanie Ochoa