UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE OCHOA, et al.,

    Plaintiffs,

v.

MCDONALD'S CORP., et al.,

    Defendants.

Case No. 14-cv-02098-JD

**AMENDED SCHEDULING ORDER**

The Court grants in part and denies in part plaintiff's unopposed motion to modify case management deadlines and denies the parties' stipulation to shorten the time for hearing on that motion as moot. *See* Dkt. Nos. 67, 68. Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, the Court sets the following case management deadlines. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials.

| Event | Deadline |
| --- | --- |
| Last day to file dispositive motions | 6/29/15 |
| Oppositions to dispositive motions | 21 days after dispositive motion filed |
| Replies in support of dispositive motions | 7 days after opposition filed |
| Fact discovery cut-off | 7/14/15 |
| Expert disclosures | 7/14/15 |
| Rebuttal expert disclosures | 7/27/15 |
| Expert discovery cut-off | 8/17/15 |

| Event | Deadline |
|---|---|
| Pretrial conference | 9/2/15 at 3:00 p.m. |
| Jury Trial | 9/14/15 at 9:00 a.m. |

Further extensions will not be granted absent extraordinary circumstances.  Sanctions may issue for a failure to obey a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  April 7, 2015

_____
JAMES DONATO
United States District Judge