1  MICHAEL RUBIN (SBN 80618)
   BARBARA J. CHISHOLM (SBN 224656)
2  P. CASEY PITTS (SBN 262463)
   MATTHEW J. MURRAY (SBN 271461)
3  Altshuler Berzon LLP
   177 Post Street, Suite 300
4  San Francisco, California 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064
   E-mail:  mrubin@altber.com
6            bchisholm@altber.com
             cpitts@altber.com
7            mmurray@altber.com

8  JOSEPH M. SELLERS (*pro hac vice*)
   ABIGAIL E. SHAFROTH (*pro hac vice*)
9  Cohen Milstein Sellers & Toll, PLLC
   1100 New York Ave NW, Suite 500
10 Washington, DC 20005
   Telephone: (202) 408-4600
11 Facsimile: (202) 408-4699
   E-mail:  jsellers@cohenmilstein.com
12           ashafroth@cohenmilstein.com

13 Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

| | |
|---|---|
| STEPHANIE OCHOA, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONALD'S CORP., *et al.*,<br><br>Defendants. | CASE NO. 3:14-cv-02098-JD<br><br>**CHART OF DEPOSITION TESTIMONY AND RELATED ERRATA CITED IN CLASS CERTIFICATION BRIEFING**<br><br>Date:          Wed., May 13, 2015<br>Time:         10:00 A.M.<br>Courtroom: 11<br>Judge:        Hon. James Donato<br><br>Complaint Filed:  March 12, 2014<br>Trial Date:           September 14, 2015 |

1   As requested by the Court during the May 7, 2015 telephonic hearing, Plaintiffs submit the
2   following chart, which defendants have reviewed and approved, which lists each time in the class
3   certification briefing any of the parties – Plaintiffs; the Edward J. Smith and Valerie S. Smith
4   Family Limited Partnership ("Smith"); or McDonald's USA, LLC, McDonald's Corporation or
5   McDonald's Restaurants of California, Inc. (the "McDonald's Defendants") –cited any deposition
6   testimony that was corrected or clarified pursuant to Federal Rule of Civil Procedure 30(e).  The
7   chart sets forth four columns: (1) citing and quoting the original deposition testimony (with the
8   specific changes highlighted in italics and bold); (2) the corrected testimony as quoted in the Errata
9   Sheet; (3) the reason for the change listed in the Errata Sheet and, where the "clarification" is to
10  conform to cited testimony, quoting that cited testimony; and (4) the page and line of each brief
11  that cites *either* the original deposition testimony or the errata.

| Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|
| Rodriguez Dep. 155:15-156:16:<br><br>Q.  When did you typically take your 10-minute breaks?<br>A.  When I first began working there, it was after my 30-minute break, and then the last one right before I left almost.  And right before I left working at McDonald's, it was take your 10-minute break, and then a 30-minute break, and a 10-minute break before I left.<br>Q.  Okay.  I'm going to need you to break that down a little bit.  So at what point in your shift were you taking your 10-minute breaks?  Was it once in the beginning of the shift, and once at the end of the shift?  How did it work?  And we can start with your first, what was it, 11 months of employment, or however you want to | **Original:** "Okay. It worked I would get my 30-minute . . . ."<br><br>**Correction:** "Okay. It *generally* worked *like this:*  I would *usually* get my 30-minute . . . ." | Clarification. | Pl. Motion at 8 n. 12 (citing original transcript, not errata); Smith Opp. at 17:8 (citing original transcript, not errata) |

| | Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|---|
| 1 | | | | |
| 2-14 | divide it up if there was a change in the practice.<br>A. ***Okay. It worked I would get my 30-minute*** break, and then maybe an hour or two later I would get a 10-minute break, and then the last 10-minute break, sometimes I would receive it, and that would be at the very end of my last ten minutes of me working.<br>  Q.  And when you say "at the very end," would it be in the last hour of your working or last two hours of your work?<br>A.   Sometimes it would be the last ten minutes of my shift.<br>  Q.  How often did that happen?<br>A.   Three to four times a month. | | | |
| 15-28 | Ochoa Dep. 160:1-161:9<br><br>How many breaks did you take on a shift between 6 and 10 hours or 6 and 7 hours?<br>  MR. MURRAY: Objection. Vague.  As in typically?<br>  BY MS. NASSER:<br>Q.  How many breaks did you take for a shift between 6 and 10 hours?<br>  MR. MURRAY: Objection. Vague.<br>  THE WITNESS:  A 30 and a 10.<br>  BY MS. NASSER:<br>Q.  Just one 10 or two 10s?<br>A.  One 10.<br>Q.  Between 6 and 10 hours?<br>A. ***Oh, two 10s.***<br>Q.  So if you were working between 6 and 10 hours, you would take a 30-minute break and two 10-minute breaks? | **Original:** "Oh, two 10s."<br><br>**Correction:** "Oh, two 10s, typically." | Clarification.  See Tr. 160:3-4 (MR. MURRAY: Objection. Vague. As in typically?) | Pl. Motion at 7 n.11 (citing original transcript, not errata) |

| | Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|---|
| 1 | | | | |
| 2-15 | A. Yes. Sometimes I would take -- sometimes I would take a 30-minute and a 10 and I would miss out on taking my last 10-minute break.<br>Q. How many times did that happen?<br>A. Two, three times.<br>Q. How long was your shift when you missed your second 10-minute break?<br>A. It was 6 to 10 hours.<br>Q. You testified earlier you never worked 10 hours. So how long was your shift?<br>A. Six to seven hours.<br>Q. So if you worked a six- to seven-hour shift, you would take your 30-minute and two 10s, but you said two to three times --<br>A. Yes.<br>Q. -- you missed your second 10-minute break?<br>A. Yes. | | | |
| 16-28 | Hedgepeth Dep. 185:4 - 20<br><br>Q. You don't know. Did a manager tell you at the beginning of your shift when you could expect to take a rest break?<br>A. No.<br>Q. When would they tell you?<br>A. They wouldn't tell -- they wouldn't – we would never know when we were going to take our    break. Like, I could come in at 7:00 and it's 9:00 o'clock and they are already sending me on a 30-minute break. So we never knew when we were going to get our breaks. They would just tell us.<br>Q. Would it depend on how busy the store was?<br>A. ***No, because the store could be slow.*** 9:00 o'clock | **Original:** "No, because the store could be slow."<br><br>**Correction:** "Maybe, because the store could be slow." | Correction. | Pl. Motion at 6 n.7 (citing original transcript, not errata) |

| Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|
| drive-through could be slow, the front could be slow, and they will just say "Oh, go take a 30-minute break." And like "What? It's early. I just got here." | | | |
| Hedgepeth Dep. 190:12-192:2<br><br>Q. Did you ever combine two rest breaks?<br>A. Yes.<br>Q. When did you do that?<br>A. Um, I don't have an exact date or exactly remember, but I do remember taking two 10-minute breaks at the same time at one time.<br>Q. So you took 20 minutes in one setting?<br>A. Yes.<br>Q. How many times did that happen?<br>A. A few.<br>Q. One or two times?<br>A. Um, one through five.<br>Q. Was it one manager who specifically had asked you to take your rest breaks back to back?<br>A. It would be between Juanna or Yadira.<br>Q. So it only happened at the McDonald Avenue store?<br>A. *Correct.*<br>Q. You were never required to take two rest breaks back to back at the Telegraph Avenue store?<br>A. *Correct.*<br>Q. Were you ever required to combine or did you ever combine a meal break and a rest break at the Telegraph Avenue store?<br>A. I don't -- I'm not sure. I don't know. Yeah, I don't know.<br>Q. Okay. Did you ever request to take your rest breaks back to back? | **Original (each line):** "Correct."<br><br>**Correction (each line):** "Correct, as far as I remember." | Clarification. | Pl. Motion at 8 n.12 (citing original transcript, not errata) |

| | Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|---|
| 1 | | | | |
| 2 | A. No.<br>Q. Was it more convenient for you to take them back to back?<br>A. No.<br>Q. Did you ever complain about taking your rest breaks back to back?<br>A. Yes.<br>Q. To who?<br>A. To Juanna.<br>Q. What did you say?<br>A. "Why am I taking my two-minute breaks right next to each other? Then I'm going to be tired." And she used to say "Oh, it's okay. It's okay." | | | |
| 11 | Sandoval Dep. 164:5-13<br><br>Q. So if you -- if you work a shift of more than five hours, do you know whether you get a break?<br>A. If you get -- if you go over five hours?<br>Q. Yes, do you get a meal break?<br>A. *Yes.*<br>Q. If you work fewer than five hours, do you get a meal break?<br>A. No. | **Original:** "Yes."<br><br>**Correction:** "Yes, usually." | Clarification | Smith Opp. at 4:24 (citing original transcript, not errata) |
| 19 | Hedgepeth Dep. 116:19 - 117:2<br><br>Q. And did you always clock in and out for your 10-minute rest breaks?<br>A. *No. We never clocked out for a 10-minute break.*<br>Q. Was that the same at both restaurants?<br>A. Yes.<br>Q. So you just took your 10-minute break without clocking out?<br>A. *Yes.* | **Original:** "No. We never clocked out for a 10-minute break."<br><br>**Correction:** "Yes."<br><br>**Original:** "Yes."<br><br>**Correction:** "No." | Correction. See Tr. 128:18-25 (THE WITNESS: Yes. On my 10-minutes, I did punch out for my breaks with my five-digit code.<br>BY MS. NASSER:<br>Q. Okay. Before we took a break you said you didn't punch out for your rest breaks; correct?<br>A. We was talking about so many different jobs, and stuff. KMart I didn't punch out. McDonald's I did punch out.) | Smith Opp. at 6:2 (citing original transcript, not errata); Plaintiffs' Reply at 4 n.4 (citing original transcript, not errata) |

5
CHART OF DEPOSITION TESTIMONY AND ERRATA CITED IN CLASS CERTIFICATION BRIEFING;
CASE NO. 3:14-cv-02098-JD

| | Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Hedgepeth Dep. 227:17 - 22<br><br>Q. Did McDonald's require that you do anything specific with respect to your uniform maintenance?<br>A. *No.*<br>Q. So they didn't tell you how often you had to clean it or in what particular way?<br>A. No. | **Original:** "No."<br><br>**Correction:** "Not other than keep them neat and clean." | Clarification. | Smith Opp. at 6:22, 19:15, 27 (citing original transcript, not errata) |
| 9 | Rodriguez Dep. 158:17-159:9<br><br>But that was just sometimes. Did you understand this to be the policy of the store at the time that you worked there?<br>A. That's what they did, yes.<br>Q. So what's listed here is the policy, correct?<br>A. *Okay, yes.*<br>Q. And for the prior page, I'll ask that again. In the box at the bottom for the five hours and one minute to six hours, and it's states that you receive one paid 10-minute rest break, and one unpaid uninterrupted 30-minute meal break. Is that your understanding of the policy at the Richmond restaurant at the time you worked there?<br>A. It wasn't explained to me during the time I was working there.<br>Q. Did you understand that to be the practice at the store, though?<br>A. *Yes.* | **Original:** "Okay, yes."<br><br>**Correction:** "Okay, yes, that is what is listed."<br><br>**Original:** "Yes."<br><br>**Correction:** "Yes, often." | Correction. See Tr. 158:2-7.<br><br><br><br><br>Clarification. See Tr. 157:25-158:1 (A. Because on occasion, I would work five hours, and I wouldn't receive my 30-minute break.<br>Q. Do you understand that this was a store policy, though?<br>A. No.<br>Q. So no one ever told you that this was policy of the store?<br>A. No.) | Smith Opp. at 13:2 (citing original transcript, not errata); Plaintiffs' Reply at 9 n.12 (citing original transcript and first errata) |
| 27 | Ochoa Dep. 167:1-10<br><br>Q. Do you typically notify a manager when you're | **Original (each line):** "Yes."<br><br>**Correction (each** | Correction. See Tr. 211:11-21 (Q. I believe you also testified earlier that -- at one point you | Smith Opp. at 13:19 (citing original transcript, not |

| | Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|---|
| 1 | | | | |
| 2 | taking your 10-minute rest break? <br> A. **Yes.** <br> Q. So if you decide you want to take it at 7:00, you tell your manager "I'm taking my 10-minute rest"? <br> A. **Yes.** <br> Q. Did you notify anyone other than the manager? <br> A. No. | **line):** "The manager told me when to take a break." | testified, I think you said that you decided when rest breaks should take place, and at another point you said that a manager would tell you when breaks would take place. Which one is it? <br> A. The managers. <br> Q. And when you said that you decided when breaks would take place, what did you mean? <br> A. Oh, I misunderstood the question. But it's the manager who chooses when I take the breaks.) | errata) |
| 11 | Ochoa Dep. 172:21 - 25 <br><br> Q. Ms. Ochoa, when you worked over five hours did you receive a 30-minute meal break? <br> A. **Yes.** <br> MR. MURRAY: Objection. Vague. <br> THE WITNESS: **Yes.** | **Original (each line):** "Yes." <br><br> **Correction (each line):** "Yes, as far as I recall." | Clarification. | Smith Opp. at 14:24 (citing original transcript, not errata) |
| 17 | Ochoa Dep. 174:11 - 14 <br><br> Q. And you testified earlier you always took a 30-minute meal period if you were working a shift over five hours? <br> A. **Yes.** | **Original:** "Yes." <br><br> **Correction:** "Yes, as far as I recall." | Clarification. | Smith Opp. at 14:25 (citing original transcript, not errata) |
| 21 | Rodriguez Dep. 182:24 - 183:13 <br><br> Q. Were you always provided with a 30-minute meal period? <br> A. ***In regards to my full-time? Yes.*** <br> Q. So throughout your employment at the Richmond restaurant, you always received a 30-minute meal period? <br> MR. MURRAY: Objection; vague. <br> THE WITNESS: If I | **Original:** "In regards to my full-time? Yes." <br><br> **Correction:** "On my full-time regular shifts? Yes." <br><br> **Original:** "Yes." <br><br> **Correction:** "On my regular shifts, yes." | Clarification. See Tr. 157:25-158:1, 196:10-20, 197:22-198:4 ("A. Because on occasion, I would work five hours, and I wouldn't receive my 30-minute break. <br> Q. Do you understand that this was a store policy, though? <br> A. No. <br> Q. So no one ever told you that this was policy of the store? | Smith Opp. at 14:25 (citing original transcript, not errata) |

7

CHART OF DEPOSITION TESTIMONY AND ERRATA CITED IN CLASS CERTIFICATION BRIEFING;
CASE NO. 3:14-cv-02098-JD

| | Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|---|
| 1 | | | | |
| 2-20 | worked -- sometimes I would work like an hour or two and I wouldn't feel good, and I     had to go home, so I wouldn't take a lunch break.<br>BY MS. NASSER:<br>Q.   But other than the days where you only worked an hour or two and felt sick and went home, did you always receive a 30-minute meal break?<br>A.   **Yes.** | | A. No.<br>***<br>MR. MURRAY: And Ms. Rodriguez has a clarification about an earlier question about whether she always was provided a 30-minute meal period on certain shifts.<br>THE WITNESS: I had originally said yes because my understanding was that you said from 7:00 to 3:00 my full-time shift; however, that's not the case.<br>BY MS. NASSER:<br>Q. What's not the case?<br>A. Sometimes I would work five hours and not receive a 30-minute break.<br>***<br>Q. So always -- any time you worked a shift at McDonald's, you received a 30-minute meal period; is that correct?<br>A. From 7:00 to 3:00, yes.<br>Q. So any time you worked the shift from a.m. to 3:00 p.m., you received a 30-minute meal period, correct?<br>A. Yes.) | |
| 21-28 | Hedgepeth Dep. 207:25 - 209:2<br><br>Q.   Going back to the Richmond restaurant, you said a few times per month you had to ask to take the meal break. Did the manager allow you to take the meal break when you asked to take the meal break?<br>A.   Sometimes. But like I said, you know, it would only be like three of us, so | **Original:** "Yes."<br><br>**Correction:** "Yes, on those shifts when I asked." | Clarification. | Smith Opp. at 14:25 (citing original transcript, not errata); Plaintiffs' Reply at 5 n.6 (citing original transcript, not errata) |

| | Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|---|
| | we will have to wait. We would have to wait a whole hour or 30 minutes. Like the person in drive-through could go -- because it was always based on who came first. So somebody came at 6:00 and they was supposed to take their break at 10:00 or 11:00, and they are just now taking their break 'til 12:00. And then another person at drive-through got to take their 30-minute break, so I got to wait and take my 30-minute break at 1:00.<br>Q. So because you have to rotate through for everyone to take their break?<br>A. Yes.<br>Q. So you said on these few times a month that you asked if you could take your meal break, sometimes you are permitted to take it right then, other times were you told that you had to take it later?<br>A. Yes.<br>Q. Okay. But did you always receive a 30-minute meal break at some point in your shift?<br>A. **Yes.** | | | |
| | Ochoa Dep. 161:13-162:10<br><br>Q. Did you want to take the second 10-minute break?<br>A. Yeah.<br>Q. Why didn't you ask a manager if you could take it?<br>A. It was already -- it was like the end of my shift already, so then if I were to take my 10-minute, I would have to stay an extra 10 minutes.<br>Q. Could you have taken | **Original:** "Yes."<br><br>**Correction:** "Yes, if the manager said to." | Clarification | Smith Opp at 15:24 (citing original testimony, not errata); Plaintiffs' Reply at 12 n.15 (citing original testimony, not errata) |

9
CHART OF DEPOSITION TESTIMONY AND ERRATA CITED IN CLASS CERTIFICATION BRIEFING;
CASE NO. 3:14-cv-02098-JD

| Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|
| your 10-minute break at the end of your shift?<br>A.  *Yes.*<br>Q.  And it would have been a paid break at the end of your shift?<br>A.  Yes.<br>Q.  And you decided you didn't want to take your 10-minute break at the end of your shift?<br>A.  Yeah.<br>Q.  Could you have asked your manager sooner, so not wait until the end of your shift and asked the manager if you could take your break?<br>A.  Yes.<br>Q.  But you didn't?<br>A.  But I didn't. | | | |
| Hedgepeth Dep. 162:13-15<br><br>And when you're at the Telegraph Avenue store did you always get your breaks?<br>A.  *Yes.* | **Original:** "Yes."<br><br>**Correction:** "Yes, as far as I remember." | Clarification | Smith Opp. at 17:28 (citing original testimony, not errata) |
| Hedgepeth Dep. 225:6-226:19<br><br>Q.  What did you do to wash the shirts and pants?<br>A.  Sometimes I will wash my work shirts with my shirts.<br>Q.  You mean your regular, everyday clothing?<br>A.  Yes. And my pants, I will wash them with my jeans and I'll just hang all my pants up.<br>Q.  So you wash your McDonald's shirts with your everyday shirts and you wash your McDonald's pants with your jeans?<br>A.  *Yeah.*<br>Q.  Okay. And do you just do it in the regular washing machine cycle?<br>A.  Yes. Or sometimes I | **Original:** "Yeah."<br><br>**Correction:** "Yeah, sometimes." | Clarification. See Tr. 225:19-21. | Smith Opp. at 19:20, 21 (citing original testimony, not errata) |

| | **Original Testimony** | **Change in Errata Sheet** | **Reason for Change** | **Briefs where cited** |
|---|---|---|---|---|
| 1-18 | will wash, like my work shirt and my work pants together alone by itself.<br>Q. Okay. And when you washed them, the work pants and shirts alone by themselves, are you using the regular wash cycle?<br>A. Correct.<br>Q. Okay. Do you have a washing machine at home?<br>A. Yes, I do.<br>Q. And then did you put everything in the dryer?<br>A. Yes. Or my work shirt -- I could not put in my work pants. Sometimes I put them in the dryer, but as I was noticing, the lining on the shirt will tear, so I had to air dry it.<br>Q. So you just hang it up?<br>A. Yes.<br>Q. Okay. Did you use your usual washing machine detergent?<br>A. Yes.<br>Q. Okay. How frequently did you wash your shirts and pants?<br>A. Every two weeks.<br>Q. Once every two weeks?<br>A. Yes. | | | |
| 19-28 | Ochoa Dep. 213:25-215:7<br><br>Q. Okay. So during your training, you were explained a meal and rest break policy; is that correct?<br>A. Yes.<br>Q. And regardless of whether you recall specifically seeing Exhibit 12, was the meal and rest break policy explanation that they gave you during your training in line with what is in Exhibit 12?<br>MR. MURRAY: Objection. Vague as to what "in line" is.<br>THE WITNESS: They | **Original (each line):** "Yes."<br><br>**Correction (each line):** "A manager told me I would be given one 30-minute meal and two 10-minute rest breaks, but I do not remember being told anything about the timing of those breaks or about which shifts would make me eligible for them." | Correction. See Tr. 211:22-213:8 (Q. Okay. And if you could look at Exhibit 12. It's a McDonald's Rest and Meal Break Policy. I believe you testified that outside of any discussions with your -- other than your discussions with your attorneys, you had not seen this document before; is that correct?<br>A. Yes.<br>Q. And then Ms. Nasser walked through the various rows and asked you if each of these rows reflected the policy at the | Smith Opp. at 4:22-23, 13:1-2 (citing original testimony, not errata); Plaintiffs' Reply at 9 n.12 (citing errata) |

11

CHART OF DEPOSITION TESTIMONY AND ERRATA CITED IN CLASS CERTIFICATION BRIEFING;
CASE NO. 3:14-cv-02098-JD

| Original Testimony | Change in Errata Sheet | Reason for Change | Briefs where cited |
|---|---|---|---|
| didn't tell me all the hours, they just told me the shift hours that I am working.<br>BY MS. NASSER:<br>Q. Right, so the ones we walked through earlier where it was 3 hours to 30 minutes to 5 hours, and 5 hours and 1 minute to 6 hours and then 6 hours to 10 hours, the ones that would have been relevant to your shifts --<br>A. Yes.<br>Q. -- did the managers go over the meal and rest break policy with respect to those shifts?<br>MR. MURRAY: Objection. Compound.<br>THE WITNESS: *Yes.*<br>BY MS. NASSER:<br>Q. And did the meal and rest break policy review that the manager told you during your training, was it the same as what is summarized in Exhibit 12?<br>MR. MURRAY: Objection. Vague.<br>THE WITNESS: *Yes.* | | restaurant where you worked, and you said yes. Do you remember that --<br>A. Yes.<br>Q. -- testimony? Did you ever see a written rest or meal break policy at the restaurant where you worked?<br>A. No.<br>Q. Did anyone, any manager ever explain to you rules or a policy regarding when or how many meal and rest breaks you would get on different kinds of shifts?<br>A. No.<br>Q. Did any coworker ever explain to you rules or policy like that?<br>A. No.<br>Q. Why earlier today did you say that this reflected the policy at the restaurant where you worked?<br>A. Well, I assumed these were the correct ones, since they had the McDonald's on it. So I thought it was accurate to the right answer.<br>Q. So that testimony was -- if you had not seen this document before, would you have testified the same way?<br>A. No.<br>Q. Was that testimony based on anything other than looking at this document today?<br>A. No.) | |

| | | |
|---|---|---|
| 1 | Date:   May 11, 2015 | Respectfully submitted, |
| 2 | | By:   s/P. Casey Pitts |
| 3 | | P. Casey Pitts |
| 4 | | MICHAEL RUBIN<br>BARBARA J. CHISHOLM |
| 5 | | P. CASEY PITTS<br>MATTHEW J. MURRAY |
| 6 | | Altshuler Berzon LLP |
| 7 | | JOSEPH M. SELLERS<br>(*pro hac vice*) |
| 8 | | ABIGAIL E. SHAFROTH<br>(*pro hac vice*) |
| 9 | | Cohen Milstein Sellers & Toll, PLLC |
| 10 | | *Attorneys for Plaintiffs* |