# Exhibit G

# In the Matter of:

# STEPHANIE OCHOA, ET AL.,

## vs.

# MCDONALD'S CORP., ET AL.,

*STEINHILPER, BRUCE*

*April 07, 2015*



Phone: 855.348.4997
Fax:   855.299.6722
Email: info@firstlegaldeposition.com
www.firstlegaldeposition.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

STEPHANIE OCHOA, ERNESTINA )
SANDOVAL, YADIRA RODRIGUEZ )
AND JAMES HEDGEPETH, on behalf )
of themselves and others )
similarly situated, )
)
      Plaintiffs, ) No.
)
  vs. ) 3:14-cv-02098-JD
)
MCDONALD'S CORP., a corporation,)
MCDONALD'S USA, LLC, a limited )
liability company, MCDONALD'S )
RESTAURANTS OF CALIFORNIA, INC.,)
a corporation, THE EDWARD J. )
SMITH AND VALERIE S. SMITH )
FAMILY LTD. PARTNERSHIP d/b/a )
MCDONALD'S, limited partnership,)
)
      Defendants. )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

DEPOSITION OF BRUCE E. STEINHILPER

DATE:     Tuesday, April 7, 2015

TIME:     9:18 a.m.

LOCATION: 1909 Spring Road, Oak Brook, Illinois

Reported by:  Cheri LeBeau Dubina
              Certified Shorthand Reporter
              License Number 084-002986

BRUCE STEINHILPER

April 07, 2015

```
 1   APPEARANCES:
 2        ALTSHULER BERZON, LLP
 3        177 Post Street
 4        Suite 300
 5        San Francisco, California 94108
 6        bchisholm@altshulerberzon.com
 7        415-421-7151
 8        by:  MS. BARBARA J. CHISHOLM,
 9             On behalf of the Plaintiffs;
10
11        and
12
13        COHEN, MILSTEIN, SELLERS & TOLL, PLLC
14        1100 New York Avenue, NW
15        Suite 500, West Tower
16        Washington, DC 20005
17        ashafroth@cohenmilstein.com
18        202-408-4600
19        by:  MS. ABBY SHAFROTH,
20             On behalf of the Plaintiffs;
21
22
23
24
25
```

BRUCE STEINHILPER
April 07, 2015

```
 1   APPEARANCES:  (Continued)
 2        FREEMAN, MATHIS & GARY   (By Telephone)
 3        Three Embarcadero Center
 4        8th Floor
 5        San Francisco, California 94111
 6        jfitzgerald@fmglaw.com
 7        415-689-1209
 8        by:  MR. JOHN L. FITZGERALD and
 9        MS. KACIE L. MANISCO,
10             On behalf of Edward J. Smith and
11             Valerie S. Smith Family Ltd.
12             Partnership d/b/a McDonald's;
13
14        JONES DAY
15        77 West Wacker Drive
16        Suite 3500
17        Chicago, Illinois 60601
18        lcdinardo@jonesday.com
19        312-782-3939
20        by:  MR. LAWRENCE C. DINARDO,
21             On behalf of McDonald's Corporation.
22
23   ALSO PRESENT:  Savan N. Vaghani, McDonald's
24                  Corporate Counsel
25
```

```
 1   one of my questions, he can finish his objection
 2   and then you should go ahead and answer the
 3   question.  Do you understand that?
 4        A.   Yes.
 5        Q.   The only exception to that is if he
 6   instructs you not to answer on a question of
 7   privilege.  Do you understand that?
 8        A.   I do.
 9        Q.   If you need to take a break at any time,
10   you should let me know.
11        A.   Okay.
12        Q.   Are you currently under the influence of
13   any alcohol or any prescription or nonprescription
14   drugs that would affect your ability to testify
15   here today?
16        A.   I am not.
17        Q.   Have you ever been convicted of a felony?
18        A.   No.
19        Q.   So do you understand that McDonald's USA,
20   LLC has designated you as the person most
21   knowledgeable about certain matters in response to
22   a Deposition Notice plaintiffs have served?
23        A.   I do understand that.
24             MR. DINARDO:  So I should say that
25   McDonald's USA has designated Mr. Steinhilper as
```

BRUCE STEINHILPER

April 07, 2015

```
 1   our designee for Topics 1 through 5 of plaintiffs'
 2   30(b)(6) Notice as well as part of Topic 10 and
 3   Topics 11 and 12 in accordance with our obligation
 4   under the Federal Rules of Civil Procedure.
 5           MS. CHISHOLM:  And thank you.  I was going
 6   to ask Mr. Dinardo to actually tell me.
 7           MR. DINARDO:  All right.
 8           MS. CHISHOLM:  So you went ahead and did
 9   that.  Thank you.
10           MR. DINARDO:  Okay.
11           MS. CHISHOLM:  So I am going to mark as an
12   exhibit Exhibit 90.
13                   (Whereupon, Deposition Exhibit
14                    No. 90 was marked for
15                    identification.)
16   BY MS. CHISHOLM:
17       Q.   Mr. Steinhilper, do you recognize the
18   document I have marked as Exhibit 90?
19       A.   Yes, I do.
20       Q.   And it's the Deposition Notice that was
21   served on McDonald's USA; is that right?
22       A.   Yes.
23       Q.   Did you review any documents in
24   preparation for your deposition today?
25       A.   Yes, I did.
```

1    A.   That's correct.
2    Q.   And I think you were just referring to
3    this, but McDonald's has a standard traditional
4    Franchise Agreement; is that right?
5    A.   I'm sorry?
6    Q.   A traditional Franchise Agreement is one
7    of the standard agreements that McDonald's has; is
8    that right?
9    A.   Yes.
10   Q.   And that's one of the agreements that's
11   attached to the Franchise Disclosure Document?
12   A.   Correct.
13   Q.   And are each of the Smiths' Franchise
14   Agreements traditional Franchise Agreements?
15   A.   Each of the Smiths' franchises, each of
16   the five, are what I would describe as a
17   traditional or a conventional Franchise Agreement.
18   That's the more common term that we would use in
19   franchising.
20   Q.   So the Smith agreements are -- Strike
21   that.
22        Have the Smiths negotiated any changes or
23   modifications to the conventional Franchise
24   Agreement that's set forth in the Franchise
25   Disclosure Documents that you're aware of?

BRUCE STEINHILPER

April 07, 2015

```
 1        A.   No.  We don't negotiate our Franchise
 2   Agreement.  The contract is the contract.
 3        Q.   So I've been talking a little bit about
 4   Franchise Disclosure Documents.  I'm going to back
 5   up and ask you about those.
 6             McDonald's produces a Franchise Disclosure
 7   Document, correct?
 8        A.   Correct.
 9        Q.   And that's a document that applies to a
10   franchisee in the United States; is that right?
11        A.   The Franchise Disclosure Document applies
12   to, yes, franchises in McDonald's USA.
13             There are some state-specific additions.
14   I couldn't describe it any better than that, but
15   it's a standard Franchise Disclosure Document, yes.
16   ████████████████████████████████
17   ███████████████████████████████████████
18   ███████████
19   ██████████████████
20   █████████████████████████████████
21   █████████████████████████████████
22   ███████████████████████████████████████
23   ████████████████████████████████████████
24   ██████████████████████████████
25         ████████████████████████████████████
```