MICHAEL RUBIN (SBN 80618)
BARBARA J. CHISHOLM (SBN 224656)
P. CASEY PITTS (SBN 262463)
MATTHEW J. MURRAY (SBN 271461)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  mrubin@altber.com
         bchisholm@altber.com
         cpitts@altber.com
         mmurray@altber.com

JOSEPH M. SELLERS (*pro hac vice*)
ABIGAIL E. SHAFROTH (*pro hac vice*)
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail:  jsellers@cohenmilstein.com
         ashafroth@cohenmilstein.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

| | |
|---|---|
| STEPHANIE OCHOA, ERNESTINA SANDOVAL, YADIRA RODRIGUEZ, and JASMINE HEDGEPETH, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONALD'S CORP., a corporation, MCDONALD'S U.S.A., LLC, a limited liability company, MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., a corporation, THE EDWARD J. SMITH AND VALERIE S. SMITH FAMILY LTD. PARTNERSHIP d/b/a MCDONALD'S, a limited partnership, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-02098-JD<br><br>**SECOND DECLARATION OF ERNESTINA SANDOVAL** |

**SECOND DECLARATION OF ERNESTINA SANDOVAL**

I, Ernestina Sandoval, declare as follows:

1. I have been employed as a crew member at the McDonald's restaurant at 2301 MacDonald Avenue in Richmond, CA, from approximately May 2013 to the present. I make the statements in this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters below.

2. During the time I have worked at McDonald's, I have believed McDonald's is my employer and that the Smiths and my managers have worked for McDonald's or have been acting on McDonald's behalf. Some of the reasons I have believed this include the following:

   a. I work at a McDonald's restaurant, I am required to wear a McDonald's uniform, I prepare and serve McDonald's food in McDonald's packaging, and I am instructed to say "Welcome to McDonald's" when interacting with customers.

   b. My managers wear McDonald's uniforms.

   c. My managers and co-workers regularly refer to themselves as working for McDonald's.

   d. I have heard from my managers and coworkers that my managers were trained by McDonald's in Walnut Creek.

   e. Throughout the time I have worked at the restaurant, no one has told me I am not employed by McDonald's.

   f. When I applied for my job, I believed I was applying to work for McDonald's.

   g. I applied for my job using an online application on a McDonald's website.

   h. During my hiring and orientation process, no one told me I was not being hired to work for McDonald's.

   i. The orientation materials I was provided (Exhibit 6 at my deposition) said "Welcome to McDonald's" on them. They included information about the history of McDonald's and they appeared to be standard materials for all McDonald's crew members. They did not provide the name of any entity other than McDonald's.

   j. The orientation materials included a document called "Our Policies. A guide to

       actions and behaviors at McDonald's." That document had a McDonald's copyright mark and many McDonald's logos on it. It said my employer was "an independent McDonald's Franchisee," but it did not explain what that meant or give the name of any entity other than McDonald's. I did not understand that a "McDonald's Franchisee" was not part of McDonald's. No one explained to me the difference, if any, between a "McDonald's Franchisee" and McDonald's.

k.  The Orientation Receipt I signed (exhibit 7 at my deposition) had a large McDonald's logo at the top and a McDonald's copyright mark on the bottom. It did not give the name of any other entity besides McDonald's. I did not understand anything on the Orientation Receipt to be saying that I was not an employee of McDonald's.

l.  My paystubs each have a large watermark with the McDonald's logo and the word "McDonald's" in the background. This watermark does not show up on the photocopies of my paystubs shown to me as Exhibit 14 at my deposition, but it was on the original paystubs. A color copy of one of my recent paystubs showing the McDonald's logo and the word "McDonald's" in the background is attached to this declaration as Exhibit A.

m.  The Time Punch Change Approval reports that are posted in the store so other crew members and I can review changes to our time punch records say the following at the bottom of each page: "© McDonald's Corporation. The material contained herein is the confidential property of McDonald's Corporation." These reports regarding my and other crew members' time punches do not mention or name any other entity besides McDonald's Corporation.

n.  When crew schedules are posted in the restaurants, the schedules say "McDonald's Corporation" on them and do not name any other entity.

o.  The "McOpCo Rest and Meal Break Policy" recently posted in the restaurant (Exhibit 12 at my declaration) has a McDonald's logo, refers to "MCDONALD'S POLICY" regarding breaks, and does not name or refer to any other entity besides

2
SECOND DECLARATION OF ERNESTINA SANDOVAL; CASE NO. 3:14-cv-02098-JD

McOpCo and McDonald's.

p. When the McOpCo Rest and Meal Break Policy was posted in the restaurant, other posters titled "Attention All Crew: Uniform Policy" and "Safety Series" were also posted in the restaurant. Those posters, which give directions to crew about the uniforms we must wear and safety procedures we must follow, have McDonald's logos on them and do not name any other entity.

q. I do not recall receiving any documents or materials related to my employment that did not say McDonald's or have a McDonald's logo on them, other than the punch receipts printed by the cash registers when I punch out, which just say "Store# 7634" on them.

3. One of the reasons I decided to seek work at, and I decided to continue to work at, the restaurant was because I believed I was working for McDonald's.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this __June 16.__ 2015 at __San Pablo__, California.

_/s/ Ernestina Sandoval_
Ernestina Sandoval

# EXHIBIT A

EJ Smith and VS Smith FLP
PO Box 23981
Oakland, CA 94623

**EMPLOYEE EARNINGS STATEMENT**

Check No..: 111825
Check Date: 4/10/15
Period End: 4/04/15
Period Begin: 3/22/15

Employee: 000296 ERNESTINE SANDOVAL

Loc/Dept: 4/ 200

------------Current Earnings------------

| | Hours | Rate | Total |
|---|---|---|---|
| REG1 | 45.70 | 9.600 | 438.72 |
| TOTAL | 45.70 | | 438.72 |

------------Deductions------------

| | Current | YTD |
|---|---|---|
| Fed. W/H | 35.03 | 414.99 |
| FICA W/H | 33.56 | 336.39 |
| State W/H | .00 | 37.74 |
| SDI | 3.95 | 39.19 |
| TOTAL | 72.54 | 828.31 |
| NET PAY: | 366.18 | |

------------YTD Earnings------------

| YTD TOTAL GROSS | 4397.39 |
|---|---|
| YTD FED. TAXABLE | 4397.39 |

------EMPLOYEE W4 INFORMATION------
Marital Status   Federal: S   State: S
Allowances       Federal: 0   State: 0

CONFIDENTIAL                                          OCHOA000747