UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE OCHOA, et al.,<br>       Plaintiffs,<br>v.<br>MCDONALD'S CORP., et al.,<br>       Defendants. | Case No.  3:14-cv-02098-JD<br><br>**ORDER RE CLASS APPOINTMENTS AND CLASS NOTICE** |

For the Rule 23(b)(3) class certified by the Court in this action, Dkt. No. 319, named plaintiffs Stephanie Ochoa, Ernestina Sandoval, Yadira Rodriguez and Jasmine Hedgepeth are appointed class representatives for all purposes, including settlement.  Altshuler Berzon LLP is appointed class counsel.  By **August 10, 2016,** the parties will jointly submit a proposal for class notification targeting a notice date of **September 6, 2016**, with a 60-day opt-out period.

**IT IS SO ORDERED.**

Dated: July 28, 2016

JAMES DONATO
United States District Judge