1  MICHAEL RUBIN (SBN 80618)
   BARBARA J. CHISHOLM (SBN 224656)
2  P. CASEY PITTS (SBN 262463)
   MATTHEW J. MURRAY (SBN 271461)
3  KRISTIN M. GARCÍA (SBN 302291)
   Altshuler Berzon LLP
4  177 Post Street, Suite 300
   San Francisco, California 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  E-mail: mrubin@altber.com
           bchisholm@altber.com
7          cpitts@altber.com
           mmurray@altber.com
8          kgarcia@altber.com

9  JOSEPH M. SELLERS (*pro hac vice*)
   MIRIAM NEMETH (*pro hac vice*)
10 Cohen Milstein Sellers & Toll, PLLC
   1100 New York Ave NW, Suite 500
11 Washington, DC 20005
   Telephone: (202) 408-4600
12 Facsimile: (202) 408-4699
   E-mail: jsellers@cohenmilstein.com
13         mnemeth@cohenmilstein.com

14 *Attorneys for Plaintiffs and the Class*

15

16             IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA – San Francisco
17

18 STEPHANIE OCHOA, *et al.*,

                           Plaintiffs,          CASE NO. 3:14-cv-02098-JD

19                                              [~~PROPOSED~~] ORDER GRANTING MOTION
   vs.                                          FOR FINAL APPROVAL OF CLASS ACTION
20                                              SETTLEMENT AND JUDGMENT
   MCDONALD'S CORP., *et al.*,
21                                              Complaint Filed:   March 12, 2014
                           Defendants.          Trial Date:        Not set
22

23

24

25

26

27

28

This matter came before the Court for hearing pursuant to the Order Granting Preliminary Approval of Class Settlement dated January 27, 2017 ("Preliminary Approval Order"), and on application of the parties for final approval of the parties' Settlement Agreement dated October 27, 2016 ("Settlement"). Due and adequate notice having been given of the Settlement as required in the Preliminary Approval Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. All defined terms used in this Judgment have the same meanings as set forth in the Settlement.

2. The Court finds that it has jurisdiction over the subject matter of the action and over all parties to the action, including all Class Members.

3. The Court finds and concludes that adequate notice has been given to the Class as directed in the Preliminary Approval Order, which notice was the best notice practicable under the circumstances and fully satisfied due process, the requirements of Rule 23 of the Federal Rules of Civil Procedure, and all other applicable law. The Court further finds and concludes that notice was provided to appropriate state and federal officials in accordance with all applicable laws, including Cal. Labor Code § 2699(*l*)(2) and the Class Action Fairness Act.

4. Class Members were given a full opportunity to participate in the Final Settlement Hearing, and all Class Members and other persons wishing to be heard have been heard. Accordingly, the Court determines that all Class Members who did not timely and properly opt out are bound by this Final Order and Judgment. The name of the individual who did timely and properly opt out is included on Exhibit A.

5. The Court hereby finally approves in all respects the Settlement and finds that the Settlement and the plan of distribution and allocation are, in all respects, fair, just, equitable, reasonable, and adequate for the Class. The Court also finds that the Settlement is in the best interest of the Class Members and that extensive arm's-length negotiations have taken place in good faith between Class Counsel and counsel for the Released Parties resulting in the Settlement. The Court has considered all relevant factors for determining the fairness of the Settlement and has

concluded that all such factors weigh in favor of granting final approval.  The Court directs the Settlement to be consummated in accordance with the terms and conditions set forth in the Settlement.

6.      The Court hereby finds that Class Counsel have fairly and adequately represented the Class for all purposes, including entering into and implementing the Settlement.

7.      If the Settlement does not become effective in accordance with the terms of the Settlement, this Judgment shall be rendered null and void to the extent provided by and in accordance with the Settlement and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Settlement.

8.      Upon the Effective Date, the Class Representatives and each Class Member on the one hand and McDonald's on the other hand, for themselves and their respective agents, heirs, predecessors, successors, assigns, representatives and attorneys, mutually shall be deemed to have, and by operation of the Final Approval, shall have fully, finally, and forever irrevocably waived, released, relinquished, and discharged with prejudice each other from any and all claims that were alleged in this action, arise out of or are related to the allegations and claims alleged in the action, and/or could have been alleged based on the facts, matters, transactions, or occurrences alleged in the action through the date of the Settlement.  By operation of the Final Approval, the Class Representatives and McDonald's shall be deemed to have waived and relinquished any and all employment-related claims, rights, or benefits that each may have with respect to the other under California Civil Code § 1542, which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release which if known by him or her must have materially affected his or her settlement with the debtor."

9.      The Court hereby dismisses the above-captioned action against the Released Parties with prejudice as to the Class Representatives and all Class Members and without costs, except as otherwise provided in the Settlement.

10.     No Class Representative or Class Member, either directly, representatively, or in any other capacity, shall commence, maintain or prosecute any action or proceeding against any or

1  all Released Party or Parties in any court or tribunal asserting any of the Settled Claims defined in

2  the Settlement.  The covenants, agreements, and releases in the Settlement shall be a complete

3  defense to any such Settled Claims against any of the Released Parties as define in the Settlement.

4        11.     Nothing in this Final Order and Judgment, the Settlement, or any documents or

5  statements related thereto, is or shall be deemed or construed to be an admission or evidence of any

6  violation of any statute or law or of any liability or wrongdoing by any of the Released Parties.

7        12.     The Court finds that a service award of $500 for each Class Representative is

8  appropriate. ~~for the Class Representatives' efforts in bringing and prosecuting this action and for~~

9  ~~devoting time and effort to keeping themselves informed of the litigation.~~

10        13.     Class Counsel have moved for an award of attorneys' fees and reimbursement of

11  litigation expenses.  Class Counsel's motion will be addressed by a separate order.

12        14.     Without affecting the finality of this Final Order and Judgment in any way, this

13  Court hereby retains continuing jurisdiction over (a) implementation of the Settlement; and (b) the

14  Parties and the Class Members for the purpose of construing, enforcing, and administering the

15  Settlement and this Final Order and Judgment.

16      **IT IS SO ORDERED.**

17

18  Dated:  8/4/2017                              

19                              Hon. James Donato

APPROVED
Judge James Donato

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EXHIBIT A

**EXHIBIT A**

The individuals who timely and properly opted out of the Settlement include:

1.  Blanca Benevides

EXHIBIT A TO [PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND JUDGMENT; CASE NO. 3:14-cv-02098-JD